# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMIE MUNOZ, )<br>)<br>      Plaintiff, )<br>    v. )<br>)<br>TRAMMELL CROW COMPANY A/K/A. )<br>TCR OPERATING COMPANY, INC., )<br>MID-ATLANTIC/NORTHEAST RS, INC., )<br>      and )<br>REYBOLD VENTURE GROUP VIII-APT, )<br>L.L.C., A/K/A THE REYBOLD GROUP )<br>OF COMPANIES, INC., A/K/A REYBOLD )<br>CONSTRUCTION CORPORATION, )<br>A/K/A REYBOLD DEVELOPMENT )<br>CORPORATION, A/K/A ST. ANDREWS )<br>MANAGEMENT CORPORATION, )<br>)<br>      Defendants. ) | C.A. No. 04-1490- KAJ |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, Jamie Munoz, hereby voluntarily dismisses his claims against Reybold Venture Group VIII-APT, L.L.C. a/k/a The Reybold Group of Companies, Inc., a/k/a Reybold Construction Corporation, a/k/a Reybold Development Corporation, a/k/a St. Andrews Management Corporation, with prejudice, each party to pay its own fees and costs.

Respectfully submitted,

NOLTE & ASSOCIATES

   //s. *R. Stokes Nolte*
R. Stokes Nolte, Esq. (No.2301)
1010 N. Bancroft Parkway, Suite 21
Wilmington, DE. 19805
(302) 777-1700
*Attorneys for Jamie Munoz*