# NOLTE & ASSOCIATES
### ATTORNEYS AT LAW



1010 N. BANCROFT PARKWAY
SUITE 21
WILMINGTON, DE 19805

TELEPHONE    (302) 777-1700
FACSIMILE    (302) 777-1705
E-MAIL RNOLTE@NB-DE.COM

August 9, 2005

The Honorable Kent A. Jordan
United States District Court
844 N. King Street
Lock Box 10
Wilmington, DE 19801

    **Re: Jamie Munoz v. Trammell Crow, et al**
    **C.A. No.: 04-1490 (KAJ)**

Dear Judge Jordan:

    I represent the plaintiff, Jamie Munoz, in the above caption matter. This letter respectfully requests that the Court initiate a request that a teleconference be scheduled for the purposes of setting a date for the Rule 16 scheduling conference and Rule 26 disclosures.

                                    Respectfully submitted,

                                    R. STOKES NOLTE

RSN/jfd

cc: Oliver Frey, Esquire
    Tyler Brown, Esquire
    Jennifer Ginler Brady, Esquire
    Elizabeth Winslow, Esquire