## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

August 22, 2005

R. Stokes Nolte, Esq.
Nolte & Associates
1010 N. Bancroft Parkway - #21
Wilmington, DE  19803

Jennifer Gimler Brady, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market Street - 6th Fl.
Wilmington, DE  19801

Re:   Jamie Munoz v. Trammell Crow Company, et al.
      Civil Action No. 04-1490-KAJ

Dear Counsel:

    I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order. Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:   Clerk of the Court