IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMIE MUNOZ, <br>                Plaintiff, <br> v. <br><br> TRAMMELL CROW COMPANY, et al., <br><br>                Defendants. | ) <br> ) <br> ) C.A. No. 04-1490 (KAJ) <br> ) <br> ) <br> ) <br> ) |

### MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Kara M. Ariail, Esquire, Jackson Lewis LLP, 8614 Westwood Center Drive, Suite 950, Vienna, Virginia 22182, to represent Defendant Mid Atlantic Northeast RS, Inc. in this matter.

                                      POTTER ANDERSON & CORROON LLP

                                      By *Elizabeth J. Winslow*
                                      Jennifer Gimler Brady (Del. I.D. 2874)
                                      Elizabeth J. Winslow (Del. I.D. 4475)
                                      Hercules Plaza, Sixth Floor
                                      1313 North Market Street
                                      P.O. Box 951
                                      Wilmington, DE 19899
                                      (302) 984-6000

                                      *Attorneys for Defendant Mid Atlantic*
                                      *Northeast RS, Inc.*

Dated: August 30, 2005
PA&C-697031v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 01/01/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 8/30/05

Kara M. Ariail, Esquire
Jackson Lewis LLP
8614 Westwood Center Drive, Suite 950
Vienna, Virginia 22182
(703) 821-2189

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____                    _____
                                          United States District Judge

## CERTIFICATE OF SERVICE

I, Elizabeth J. Winslow, hereby certify this 30th day of August, 2005, the foregoing **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and electronically served on the following:

>R. Stokes Nolte, Esquire
>Nolte & Associates
>1010 North Bancroft Parkway
>Suite 21
>Wilmington, Delaware 19805

*/s/ Elizabeth J. Winslow*
Elizabeth J. Winslow (#4475)
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6044 (Telephone)
(302) 658-1192 (Facsimile)
ewinslow@potteranderson.com