

**Potter
Anderson
Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Jennifer Gimler Brady
Partner
Attorney at Law
jbrady@potteranderson.com
302 984-6042 Direct Phone
302 658-1192 Fax

September 9, 2005

### ELECTRONIC FILING and HAND DELIVERY

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, Delaware 19801

### Re: Jamie Munoz v. Trammell Crow Company, et al., C.A. No. 04-1490-KAJ

Dear Judge Jordan:

In response to the Court's letter of August 22, 2005 and in preparation for the telephone conference scheduled for September 13, 2005, the parties hereby submit their Joint Proposed Scheduling Order. All dates proposed by the parties are indicated in bold font.

Should Your Honor have any questions regarding this matter, counsel will be available at the Court's convenience.

Respectfully,

*/s/ Sarah E. DiLuzio*
(4085)
Jennifer Gimler Brady
Delaware Bar I.D. 2874

JGB/drt
Enclosure

cc:   Clerk of the U.S. District Court (w/encl.) (via CM/ECF and Hand Delivery)
      R. Stokes Nolte, Esquire (w/encl.) (via CM/ECF)

PA&C-698417