

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Jennifer Gimler Brady
Partner
Attorney at Law
jbrady@potteranderson.com
302 984-6042 Direct Phone
302 658-1192 Fax

September 13, 2005

### ELECTRONIC FILING and HAND DELIVERY

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, Delaware 19801

Re: **Jamie Munoz v. Trammell Crow Company, et al., C.A. No. 04-1490-KAJ**

Dear Judge Jordan:

Please find enclosed a revised Scheduling Order, which includes the dates we discussed during today's scheduling teleconference with the Court.

Should Your Honor have any questions regarding this matter, counsel will be available at the Court's convenience.

Respectfully,

*Jacob E. Ardinger for* (4085)

Jennifer Gimler Brady
Delaware Bar I.D. 2874

JGB/drt
Enclosure

cc: Clerk of the U.S. District Court (w/encl.) (via CM/ECF and Hand Delivery)
R. Stokes Nolte, Esquire (w/encl.) (via CM/ECF)

PA&C-698417