## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMIE MUNOZ, | : |
|       Plaintiff, | : |
| v. | :   Civil Action No. 04-1490-KAJ |
| TRAMMELL CROW COMPANY, a/k/a TRC OPERATING COMPANY, INC., MID ATLANTIC NORTHEAST RS, INC., | : |
|       Defendants. | : |

## ORDER

At Wilmington this **22nd** day of **September, 2005**.

IT IS ORDERED that the teleconference scheduled for Tuesday, October 11, 2005 at 9:00 a.m. with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences has been rescheduled to **Thursday, October 13, 2005 at 9:00 a.m. Plaintiff's counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE