IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JAMIE MUNOZ,

        Plaintiff,

v.    :   Civil Action No. 04-1490-KAJ

TRAMMELL CROW COMPANY, a/k/a
TRC OPERATING COMPANY, INC.,
MID ATLANTIC NORTHEAST RS, INC.,   :

        Defendants.   :



### ORDER

At Wilmington this **14th** day of **October, 2005**.

IT IS ORDERED that as a result of a teleconference with counsel on October 13, 2005, a teleconference has been scheduled for **Thursday, November 10, 2005 at 9:00 a.m.** to discuss the status of the parties' negotiations. The teleconference will be initiated by defense counsel. Local counsel are not required to participate.

Mediation is tentatively scheduled for either **Thursday, May 18 or Friday, May, 15, 2006**. Counsel, parties and their representatives are to keep these date available on their schedules until further order of the court.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

        /s/ Mary Pat Thynge
        UNITED STATES MAGISTRATE JUDGE