## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMIE MUNOZ, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1490-KAJ |
| TRAMMELL CROW COMPANY, a/k/a TRC OPERATING COMPANY, INC., MID ATLANTIC NORTHEAST RS, INC., | : |
| Defendants. | : |

## **ORDER**

At Wilmington this **8th** day of **November, 2005**.

IT IS ORDERED that the teleconference scheduled for Thursday, November 10, 2005 at 9:00 a.m. to discuss the status of the parties' negotiations is canceled.

IT IS FURTHER ORDERED that the mediation tentatively scheduled for either Thursday, May 18 or Friday, May, 15, 2006 is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE