# NOLTE & ASSOCIATES

## ATTORNEYS AT LAW

| | |
|---|---|
| 1010 N. BANCROFT PARKWAY | TELEPHONE    (302) 777-1700 |
| SUITE 21 | FACSIMILE    (302) 777-1705 |
| WILMINGTON, DE 19805 | E-MAIL RNOLTE@NB-DE.COM |

December 1, 2005

The Honorable Kent A. Jordan
United States District Court
844 N. King Street
Lock Box 10
Wilmington, DE 19801

    **Re: Jamie Munoz v. Trammell Crow, et al**
       **C.A. No.: 04-1490 (KAJ)**

Dear Judge Jordan:

    Plaintiff in the above caption matter comes to the Court seeking its assistance regarding resolution of this matter. The parties reached what appeared to be a tentative settlement agreement in this matter on November 2, 2005. In exchange for the agreed upon settlement sum, Mr. Munoz would sign a Release of All Claims. However, since that time, defendants have been unable to produce a "settlement agreement or release" for plaintiff to review and sign.

    Plaintiff finds this delay to be frustrating and unnecessary and would ask that the Court advise if it would be willing to instruct the parties on how to expedite the resolution of this claim. My client remains committed to the terms of the agreement but cannot understand this delay.

                             Respectfully submitted,

                             */s/ R. Stokes Nolte*

                             R. STOKES NOLTE

RSN/jfd

cc: Tyler Brown, Esquire
    Jennifer Brady
    Elizabeth Winslow
    L. Oliver Frey, Esquire