

**Potter
Anderson
& Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Jennifer Gimler Brady
Partner
Attorney at Law
jbrady@potteranderson.com
302 984-6042 Direct Phone
302 658-1192 Fax

December 14, 2005

**ELECTRONIC FILING and HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, Delaware 19801

Re: **Jamie Munoz v. Trammell Crow Company, et al., C.A. No. 04-1490-KAJ**

Dear Judge Jordan:

      Pursuant to the Court's September 14, 2005 Scheduling Order, I am writing on behalf of Defendant Mid Atlantic Northeast RS, Inc. to provide the Court with a brief status report. We have provided Mr. Nolte, counsel for Mr. Munoz, with a draft settlement agreement. We are waiting for the signed agreement or any proposed changes. We believe this matter will soon be resolved. Accordingly, we would appreciate it if the Court would cancel the Status Conference presently scheduled for December 21, 2005.

      The Court's consideration of this matter is appreciated. Should Your Honor have any questions, counsel will be available at the Court's convenience.

Respectfully,

Jennifer Gimler Brady
Delaware Bar I.D. 2874

JGB/drt

cc: Clerk of the U.S. District Court (via CM/ECF and Hand Delivery)
     R. Stokes Nolte, Esquire (via CM/ECF)

PA&C-711455v1