# NOLTE & ASSOCIATES
## ATTORNEYS AT LAW

1010 N. BANCROFT PARKWAY                        TELEPHONE     (302) 777-1700
SUITE 21                                        FACSIMILE     (302) 777-1705
WILMINGTON, DE 19805                            E-MAIL RNOLTE@NB-DE.COM

December 20, 2005

The Honorable Kent A. Jordan
United States District Court
844 N. King Street
Lock Box 10
Wilmington, DE 19801

      **Re: Jamie Munoz v. Trammell Crow, et al**
      **C.A. No.: 04-1490 (KAJ)**

Dear Judge Jordan:

      Please accept this letter as a joint status report submitted pursuant to the Case Scheduling Order. This matter is scheduled for a conference call at 4:30 p.m. on December 21, 2005. Since my last letter to the court, I am pleased to report that the parties have made substantial headway towards resolution of the claim. The language of a  settlement agreement has been reviewed and agreed upon by the parties. Plaintiff has executed a copy and forwarded, via overnight mail, to defendants' counsel. The terms of that settlement agreement include a 7 day revocation period upon the expiration of which will result in payment of the settlement funds. In light of these developments, the parties do not feel it will be necessary to hold the December 21, 2005 status conference unless the Court should so desire.

      Respectfully submitted,

      /s/ *R. Stokes Nolte*

      R. STOKES NOLTE

RSN/jfd

cc: Tyler Brown, Esquire