## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| JAMIE MUNOZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 04-1490-KAJ |
| | ) | |
| TRAMMELL CROW COMPANY, a/k/a | ) | |
| TRC OPERATING COMPANY, INC., | ) | |
| MID ATLANTIC NORTHEAST RS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

The parties to this action have entered into a settlement agreement to resolve all claims regarding the subject matter of this litigation. Accordingly, the parties hereby stipulate, subject to the approval of the Court, to dismiss this action with prejudice, the parties to bear their own costs.

NOLTE & ASSOCIATES

POTTER ANDERSON & CORROON LLP

By /s/ R. Stokes Nolte
   R. Stokes Nolte, Esquire (#2301)
   1010 North Bancroft Parkway
   Suite 21
   Wilmington, Delaware 19805
   (302)777-1700 - Telephone
   rnolte@nb-de.com – Email

*Attorneys for Plaintiff*

By /s/ Jennifer Gimler Brady
   Jennifer Gimler Brady (#2874)
   Hercules Plaza 6th Floor
   1313 N. Market Street
   P.O. Box 951
   Wilmington, DE 19899
   (302) 984-6000 – Telephone
   jbrady@potteranderson.com - Email

*Attorneys for Defendant Mid Atlantic Northeast RS, Inc.*

OF COUNSEL:

Tyler A. Brown, Esquire
JACKSON LEWIS LLP
8614 Westwood Center Drive
Suite 950
Vienna, Virginia 22182

Dated: March 16, 2006

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable Kent A. Jordan

PA&C-719641v1