

29

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMIE MUNOZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 04-1490-KAJ |
| ) | |
| TRAMMELL CROW COMPANY, a/k/a ) | |
| TRC OPERATING COMPANY, INC., ) | |
| MID ATLANTIC NORTHEAST RS, INC. ) | |
| ) | |
| Defendants. ) | |

### STIPULATION OF DISMISSAL

The parties to this action have entered into a settlement agreement to resolve all claims regarding the subject matter of this litigation. Accordingly, the parties hereby stipulate, subject to the approval of the Court, to dismiss this action with prejudice, the parties to bear their own costs.

NOLTE & ASSOCIATES                POTTER ANDERSON & CORROON LLP

By /s/ R. Stokes Nolte                By /s/ Jennifer Gimler Brady
   R. Stokes Nolte, Esquire (#2301)      Jennifer Gimler Brady (#2874)
   1010 North Bancroft Parkway          Hercules Plaza 6th Floor
   Suite 21                              1313 N. Market Street
   Wilmington, Delaware 19805            P.O. Box 951
   (302)777-1700 - Telephone             Wilmington, DE 19899
   rnolte@nb-de.com – Email              (302) 984-6000 – Telephone
                                         jbrady@potteranderson.com - Email

*Attorneys for Plaintiff*

                                           *Attorneys for Defendant Mid Atlantic Northeast RS, Inc.*

OF COUNSEL:

Tyler A. Brown, Esquire
JACKSON LEWIS LLP
8614 Westwood Center Drive
Suite 950
Vienna, Virginia 22182

Dated: March 16, 2006

SO ORDERED this 17th day of _____March_____, 2006.

_____
The Honorable Kent A. Jordan

PA&C-71964lvl